AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| VECTREN COMMUNICATIONS SERVICES, INC., an Indiana corporation,<br><br>Plaintiff<br>v.<br>CITY OF ALAMEDA, acting by and through Alameda Power & Telecom,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br><br>CV 08  3137  SI |

## Summons in a Civil Action

To: CITY OF ALAMEDA, acting by and through Alameda Power & Telecom

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert H. Bunzel
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, CA  94111
(415) 956-1900

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 3 0 2008

Helen Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Robert H. Bunzel. State Bar # 99395
Bartko, Zankel, Tarrant & Miller
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 956-1900

Attorney for: Plaintiff

United States District Court
Northern District of California -- San Francisco Division

Plaintiff: Vectren Communications Services, Inc.

Defendant: City of Alameda, acting by and through Alameda Power & Telecom

Ref #:                                                              Case #: CV08-3137 SI

## PROOF OF SERVICE

At the time of service I was at least eighteen years of age and not a party to this action. I served copies of the:
Summons; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Case Management Conference Order; Standing Order for All Judges of the Northern District of California; Judge Illston's Standing Order; Welcome to the U.S. District Court (handout); Public Notice (re Magistrate Judge) (handout); Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California (booklet); Consent to Proceed Before a United States Magistrate Judge

in the within action by personally delivering true copies thereof to the person named below, as follows:

| | |
|---|---|
| Party Served: | City of Alameda, acting by and through Alameda Power & Telecom |
| By Serving: | Amber Morales -- authorized to accept sevice |
| Address: | 2263 Santa Clara Avenue, Room 280<br>Alameda, CA 94501 |
| Date of Service: | 7/1/08 |
| Time of Service: | 1:35 PM |

Person Serving:
John Phillips
JoshCo. Attorney Services                          Fee for Service:
41 Sutter Street, #1861
San Francisco, CA 94104                            Registered California process server.
Phone: (415) 296-8174                              (1) Employee or Independent Contractor.
                                                   (2) Registration no: 1048
                                                   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/2/08                                       Signature: _____