IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VECTREN COMMUNICATIONS SERVICES, | No. C 08-03137 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY OF ALAMEDA, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

RESERVED FOR MOTION RE: STATUE OF LIMITATIONS: February 13, 2009 at 9:00 a.m. (File 1/9/09, Opposition 1/23/09, Reply 1/30/09)

FURTHER CASE MANAGEMENT: February 13, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 30, 2009.

DESIGNATION OF EXPERTS: 8/14/09; REBUTTAL: 8/28/09.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 15, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by September 25, 2009;

Opp. Due October 9, 2009; Reply Due October 16, 2009;

and set for hearing no later than October 30, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 26, 2010 at 3:30 PM.

JURY TRIAL DATE: February 8, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel will be filing a notice of related case with respect to C-08-4575 JCS. If the case is determined to be related, the clerk shall set 2/13/09 as a case management conference date.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                     SUSAN ILLSTON
United States District Judge