WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
Eric J. Firstman – 111534
Gregory R. Aker – 104171
William L. Darby – 133325
Richard E. Elder- 205389
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone: (510) 835-9100
Facsimile: (510) 451-2170
Email: efirstman@wulfslaw.com

OFFICE OF THE CITY ATTORNEY, CITY OF ALAMEDA
Teresa L. Highsmith – 155262
Alameda City Hall
2263 Santa Clara Avenue, Rm. 280
Alameda, CA 94501
Telephone: (510) 747-4750
Facsimile: (510) 747-4767
Email: thighsmi@ci.alameda.ca.us

Attorneys for Defendant
City of Alameda

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VECTREN COMMUNICATIONS SERVICES, an Indiana corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF ALAMEDA,<br><br>　　　　Defendant. | No. C 08-03137 SI<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND CORRESPONDING BRIEFING SCHEDULE**<br><br>Honorable Susan Illston |

WHEREAS,

A. Defendant City of Alameda (City) anticipates bringing a motion for summary judgment on the grounds that the claims of plaintiff Vectren Communications Services, Inc. (Vectren) are barred by the statute of limitations. Under its Pretrial Preparation Order of October 8, 2008, the Court reserved February 13, 2009, for the hearing on the City's anticipated summary judgment motion; as a result, the current deadline for filing the motion is January 9, 2009.

B. In preparation for the motion, the City has propounded a request for production of documents on Vectren, as well as a corporate designee deposition, presently scheduled for December 9 and 10, 2008. Vectren has propounded its own requests for production of documents and plans on taking additional discovery.

C. Vectren has advised the City that it will be unable to complete its production of documents by December 9, when its corporate deposition is scheduled to begin. The City also may not be able to complete its production of documents within the same time frame. Both the City and Vectren wish to complete their document productions before the deposition commences.

D. To allow discovery and depositions to be completed before the deadline for filing the City's anticipated summary judgment motion, it is necessary to adjust the date reserved for hearing of the motion. A continuance of the hearing and corresponding adjustment of the briefing schedule will promote the parties' mutual goal of avoiding duplicative discovery procedures and unnecessary intervention by the Court.

ACCORDINGLY, the City and Vectren hereby agree as follows:

1. The deposition of Vectren under FRCP Rule 30(b)(6), currently scheduled to commence on December 9 and 10, 2008, shall be continued to commence on **February 4 and 5, 2009**. The City shall maintain its priority in the scheduling of this deposition over any depositions that may be noticed by Vectren.

2. The hearing of the City's anticipated motion for summary judgment shall be continued from February 13, 2009, to **April 17, 2009, at 9:00 a.m.**, or to the soonest date and time thereafter that is available on the Court's calendar.

2

STIPULATION TO CONTINUE HEARING ON MSJ

3. The briefing schedule for the City's motion shall be as provided for in Northern District Local Rules 7-2 and 7-3, with moving papers filed not less than 35 days prior to the hearing date, and opposition and reply papers filed not less than 21 and 14 days prior to the hearing date, respectively.

DATED: December 2, 2008   WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION

By   /s/ Gregory R. Aker
     Gregory R. Aker

Attorneys for Defendant
CITY OF ALAMEDA

DATED: December 2, 2008   BARTO ZANKEL
PROFESSIONAL CORPORATION

By   /s/ Robert H. Bunzel
     Robert H. Bunzel

Attorneys for Plaintiff
VECTREN COMMUNICATIONS SERVICES, INC.

## ORDER

Good cause appearing, IT IS HEREBY ORDERED:

1. A hearing on the City's anticipated motion for summary judgment shall be reserved on the Court's calendar for **April 17, 2009, at 9:00 a.m.** [crossed out "17" with "23" written above] The reserved hearing date of February 13, 2009, at 9:00 a.m., shall be taken off calendar.

2. The briefing schedule for the City's motion shall be as provided by Local Rules 7-2 and 7-3, with moving papers filed not less than 35 days prior to the hearing date, and opposition and reply papers filed not less than 21 and 14 days prior to the hearing date, respectively.

DATED: December ____, 2008

_____
The Honorable Susan Ilston
U.S. District Judge

3

STIPULATION TO CONTINUE HEARING ON MSJ