IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VECTREN COMMUNICATIONS SERVICES,

        Plaintiff,

  v.

CITY OF ALAMEDA,

        Defendant.
                                       /

No. C 08-03137 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 6, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 31, 2009.

DESIGNATION OF EXPERTS: 8/21/09; REBUTTAL: 8/28/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 2, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by October 16, 2009;

    Opp. Due October 30, 2009; Reply Due November 6, 2009;

    and set for hearing no later than November 20, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 26, 2010 at 3:30 PM.

JURY TRIAL DATE: February 8, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court adjusted the litigation schedule as indicated above.
Plaintiff may be filing an amended complaint or a motion for leave to amend.
Private mediation shall occur in May 2009. Counsel shall inform the Court of the mediator selected and when the session is scheduled to occur.
The ADR conference set for 2/23/09 is vacated.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                SUSAN ILLSTON
                                                United States District Judge