H. JAMES WULFSBERG
CHARLES W. REESE
TIMOTHY A. COLVIG
ERIC J. FIRSTMAN
GREGORY R. AKER
TERRI ANN KIM
DAVID A. ROSENTHAL
STEPHEN L. CALI
MARK A. STUMP
WILLIAM L. DARBY
KRIS A. COX
DAVID DARROCH
MICHAEL J. HIGGINS
DAVID J. HYNDMAN
JEFFREY R. WARD
DEIRDRE JOAN COX
RICHARD E. ELDER
EMME THOMPSON
J. TODD WULFSBERG

LAW OFFICES

# WULFSBERG REESE
# COLVIG & FIRSTMAN

PROFESSIONAL CORPORATION

KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524

TELEPHONE (510) 835-9100
FACSIMILE
(510) 451-2170
(510) 451-2575
www.wulfslaw.com

March 16, 2009

1883-010



**ELECTRONICALLY FILED**

The Honorable Susan Illston
District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re: *Vectren Communications Services v. City of Alameda*, CV-08-3137-SI

Dear Judge Illston:

Vectren's March 11, 2009 opposition to the City's March 4 motion to compel letter brief attempts to misleadingly narrow the class of documents sought in the requests for production to documents that Vectren claims do not exist. The City requests leave to file a short (2-page) reply to demonstrate, using Vectren Corporation's SEC Form 10-K, that responsive documents do exist. Alternatively, the City requests that the Court schedule a hearing on this matter.

WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION



RICHARD E. ELDER