# BARTKOZANKEL
Bartko·Zankel·Tarrant·Miller | Lovitt & Hannan, Inc. *of Counsel*

*A Professional Corporation*
900 Front Street, Suite 300
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bztm.com

C. Griffith Towle
gtowle@bztm.com

Our File: 2188.000

March 24, 2009

The Honorable Susan Illston
United States District Court
450 Golden Gate Avenue, 17th Floor
San Francisco, CA 94102

*IT IS SO ORDERED*
*[signature] Judge Susan Illston*

Re: *Vectren Communications Services Inc. v. City of Alameda*

Dear Judge Illston:

We write in response to Mr. Elder's letter of March 20, 2009. VCS requests either an opportunity to respond in 2 pages or less to AP&T's misperceptions (i) about the business of VCS and its parent corporation (Vectren Corporation), and (ii) as to what documents exist, their relevance and the ease with which they can be produced, or a hearing so that these issues can be discussed and the parties' dispute narrowed.

Very truly yours,

Bartko·Zankel·Tarrant·Miller
*A Professional Corporation*

[signature]
C. Griffith Towle

CGT/te
Cc: Robert H. Bunzel, Esq.

2188.000/410829.1