| | |
|---|---|
| 1 | Robert H. Bunzel, State Bar No. 99395 |
| | C. Griffith Towle, State Bar No. 146401 |
| 2 | Gisu Sadaghiani, State Bar No. 240630 |
| | BARTKO, ZANKEL, TARRANT & MILLER |
| 3 | A Professional Corporation |
| | 900 Front Street, Suite 300 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 956-1900 |
| 5 | Facsimile: (415) 956-1152 |
| 6 | Attorneys for Plaintiff |
| | VECTREN COMMUNICATIONS SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VECTREN COMMUNICATIONS SERVICES, INC., an Indiana corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ALAMEDA, acting by and through Alameda Power & Telecom,<br><br>　　　　　Defendant. | No. C 08-3137 SI<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXTEND THE DATE FOR FACT DISCOVERY, AND EXTEND THE DATE FOR MEDIATION**<br><br>Complaint Filed: June 30, 2008<br>Trial Date: February 8, 2010 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, pursuant to the Pre-Trial Preparation Order dated February 19, 2009 (Dkt. 42), non-expert discovery cut-off was set at July 31, 2009, and mediation was to occur in May 2009;

WHEREAS, pursuant to Order dated March 11, 2009 (Dkt. 47) approved the filing of an Amended and Supplemental Complaint, fact discovery cut-off was extended to August 30, 2009 as to new matters set forth in the First Amended and Supplemental Complaint; and

///

///

-1-

WHEREAS the parties are diligently involved in the ongoing discovery process, and believe that extending the mediation date until mid-July 2009[1] and the fact discovery cut-off as to all matters in the case until August 31, 2009 is in the interests of justice and efficiency.

NOW THEREFORE:

IT IS THEREBY STIPULATED by and between the parties, subject to the approval of the Court, that (i) the fact discovery cut-off as to all matters be extended to August 31, 2009, and (ii) mediation occur by mid-July 2009.

SO STIPULATED.

Dated: May 1, 2009　　　　BARTKO ZANKEL TARRANT & MILLER, a Professional Corporation

By:　/s/Gisu Sadaghiani
　　　Gisu Sadaghiani
　　　Attorneys for Plaintiffs

Dated: May 1, 2009　　　　WULFSBERG REESE COLVIG & FIRSTMAN

By:　/s/Gregory R. Aker
　　　Gregory R. Aker
　　　Attorneys for Defendants

IT IS SO ORDERED:

Dated: _____, 2009　　　　_____
　　　　　　　　　　　　　　Hon. Susan Illston
　　　　　　　　　　　　　　United States District Judge

---

[1] The parties have selected a mediator and have a July 2009 date for the mediation.

-2-