Robert H. Bunzel, State Bar No. 99395
C. Griffith Towle, State Bar No. 146401
Gisu Sadaghiani, State Bar No. 240630
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Plaintiff
VECTREN COMMUNICATIONS SERVICES, INC.

WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
Eric J. Firstman, State Bar No. 111534
Gregory R. Aker, State Bar No. 104171
Richard E. Elder, State Bar No. 205389
Kaiser Center, 300 Lakeside Drive, 24th Floor
Oakland, California 94612-3524
Telephone: (510) 835-9100
Facsimile: (510) 451-2170

OFFICE OF THE CITY ATTORNEY, CITY OF ALAMEDA
Teresa L. Highsmith, State Bar No. 155262
2263 Santa Clara Avenue, Rm. 280
Alameda, California 94501
Telephone: (510) 747-4750
Facsimile: (510) 747-4767

Attorneys for Defendant
CITY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VECTREN COMMUNICATIONS SERVICES, INC., an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA, acting by and through Alameda Power & Telecom,<br><br>Defendant. | No. C 08-3137 SI<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING COUNSEL TO BRING TO COURT CERTAIN EQUIPMENT FOR TRIAL**<br><br>Judge: Hon. Susan Illston<br>Courtroom: 10, 19th Floor<br>Complaint Filed: June 30, 2008<br>Trial Date: February 8, 2010 |

-1-

**WHEREAS**, plaintiff has requested permission to bring electronic equipment to this Court for use at trial in the display of videotaped depositions of plaintiff's designated deposition excerpts, electronic images of exhibits offered at trial and other demonstrative exhibits.

**IT IS HEREBY ORDERED** that plaintiff can bring and deliver the following electronic equipment to courtroom 10 of the Honorable Susan Illston.

1. 5 Computer laptops
2. A projector for projections of images from a computer
3. A stand for the projector
4. An ELMO
5. Audio video cables and power supply equipment
6. A laser pointer
7. A VGA Switch
8. A 10 x 8 DaLite Screen
9. Gaffer Tape

Plaintiff shall be allowed to bring the following equipment to this Court from February 4, 2010 to the conclusion of trial.

**IT IS SO STIPULATED:**

| WULFSBERG REESE COLVIG & FIRSTMAN | BARTKO, ZANKEL, TARRANT & MILLER A Professional Corporation |
|---|---|
| By: /s/Gregory Aker<br>Gregory Aker<br>Attorneys for Defendant<br>City of Alameda | By: /s/Robert H. Bunzel<br>Robert H. Bunzel<br>Attorneys for Plaintiff VECTREN COMMUNICATIONS SERVICES, INC. |
| Dated: February 3, 2010 | Dated: February 3, 2010 |

**IT IS HEREBY ORDERED** that parties and counsel can arrange for delivery of the above-listed equipment to Courtroom 10 of the Honorable Susan Illston. This Order shall be in effect from Thursday February 4, 2010 to the conclusion of trial.

DATED: February 3 , 2010

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE