IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VECTREN COMMUNICATIONS SERVICES,  No. C 08-3137 SI

    Plaintiff,

v.

CITY OF ALAMEDA,

    Defendant.
_____/

**SPECIAL VERDICT**

We the jury in the above captioned action, find as follows on the questions submitted to us:

**Part 1:** **Vectren's <u>Breach of Contract</u> Claims against Alameda related to operation of the Telecom System**:

### A – Rates

A-1: Did Vectren prove, by a preponderance of the evidence, all of the elements necessary to establish that Alameda breached the 2004 Installment Sale Agreement with respect to the rates it charged to customers?

Yes _____        No _____.

If you answered "Yes" to Question A-1, please answer the next question.
Otherwise, please go to Question B-1.

A-2: Did Vectren know, or by the exercise of reasonable care should Vectren have known, before August 29, 2006, of all of the elements of this claim for breach?

Yes _____        No _____.

If you answered "No" to Question A-2, please answer the next question.
Otherwise, please go to Question B-1.

A-3: Was Vectren harmed as a result of this breach?

Yes _____        No _____.

Please answer the next question.

### B - Staffing

B-1: Did Vectren prove, by a preponderance of the evidence, all of the elements necessary to establish that Alameda breached the 2004 Installment Sale Agreement with respect to the staffing of its operation of the Telecom System?

Yes _____        No _____.

If you answered "Yes" to Question B-1, please answer the next question.
Otherwise, please go to Question C-1.

B-2: Did Vectren know, or by the exercise of reasonable care should Vectren have known, before August 29, 2006, of all of the elements of this claim for breach?

Yes _____     No _____.

If you answered "No" to Question B-2, please answer the next question.
Otherwise, please go to Question C-1.

B-3: Was Vectren harmed as a result of this breach?

Yes _____     No _____.

Please answer the next question.

## C - Voice/Telephone

C-1: Did Vectren prove, by a preponderance of the evidence, all of the elements necessary to establish that Alameda breached the 2004 Installment Sale Agreement with respect to the addition of, or failure to add, voice or telephone service to the Telecom System ?

Yes _____     No _____.

If you answered "Yes" to Question C-1, please answer the next question.
Otherwise, please go to Question D-1.

C-2: Did Vectren know, or by the exercise of reasonable care should Vectren have known, before August 29, 2006, of all of the elements of this claim for breach?

Yes _____     No _____.

If you answered "No" to Question C-2, please answer the next question.
Otherwise, please go to Question D-1.

C-3: Was Vectren harmed as a result of this breach?

Yes _____     No _____.

## D - Damages

D-1: If you answered "Yes" to any of the questions A-3, B-3 and/or C-3, please state the amount of damages caused to Vectren by the breach or breaches you found:

$_____

**Part 2:** **Vectren's <u>Breach of Contract</u> Claims against Alameda related to allegedly improper accounting**:

    A: Did Vectren prove, by a preponderance of the evidence, all of the elements necessary to establish that Alameda breached the 2004 Installment Sale Agreement by improperly accounting for the Net Series 2002A Revenues?

    Yes _____ No _____.

If you answered "Yes" to Question A, please answer the next question.
Otherwise, please go to Part 3.

    B: Did Vectren know, or by the exercise of reasonable care should Vectren have known, before August 29, 2006, of all of the elements of this claim for breach?

    Yes _____ No _____.

If you answered "No" to Question B, please answer the next question.
Otherwise, please go to Part 3.

    C: Was Vectren harmed as a result of this breach?

    Yes _____ No _____.

    D: If you answered "Yes" to question C, please state the amount of damages caused to Vectren by this breach:

    $_____

**Part 3:** **Vectren's Breach of Contract Claims against Alameda related to allegedly improper sale of the Telecom System**:

    A: Did Vectren prove, by a preponderance of the evidence, all of the elements necessary to establish that Alameda breached the 2004 Installment Sale Agreement by improperly selling the Telecom System?

    Yes _____  No _____.

If you answered "Yes" to Question A, please answer the next question.
Otherwise, please go to Part 4.

    B: Did Vectren know, or by the exercise of reasonable care should Vectren have known, before August 29, 2006, of all of the elements of this claim for breach?

    Yes _____  No _____.

If you answered "No" to Question B, please answer the next question.
Otherwise, please go to Part 4.

    C: Was Vectren harmed as a result of this breach?

    Yes _____  No _____.

    D: If you answered "Yes" to question C, please state the amount of damages caused to Vectren by this breach:

    $_____

[Note: Please state all damages you find based on this breach. If you have also found damages related to earlier breaches, do not be concerned about duplication of damages; the Court will assess the final damage figures after the verdict is returned.]

**Part 4:** **Alameda's affirmative defense of waiver:**

Did Alameda prove, by clear and convincing evidence, all of the elements necessary to establish that Vectren gave up or waived its right to have Alameda perform the following obligations under the 2004 Installment Sale Agreement?

| | | |
|---|---|---|
| Waiver of obligations re: rate covenant? | Yes _____ | No _____ |
| Waiver of obligations re: staffing provisions? | Yes _____ | No _____ |
| Waiver of obligations re: voice/telephone? | Yes _____ | No _____ |
| Waiver of obligations re: sale of Telecom System? | Yes _____ | No _____ |

Dated: _____

_____
FOREPERSON