IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VECTREN COMMUNICATIONS SERVICES, | No. C 08-03137 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF ALAMEDA, | |
| Defendant. | |

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding. The issues having been tried before the Court and special verdict rendered on March 8, 2010.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of Vectren Communications Services and against City of Alameda.

**IT IS SO ORDERED**.

Dated:

SUSAN ILLSTON
United States District Judge