IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VECTREN COMMUNICATIONS SERVICES, | No. C 08-03137 SI |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF ALAMEDA, | |
| Defendant. | |

IT IS HERE BY ORDERED that the Judgment entered in this case is vacated.

**IT IS SO ORDERED.**

Dated:

SUSAN ILLSTON
United States District Judge