IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VECTREN COMMUNICATIONS SERVICES, | No. C 08-3137 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF ALAMEDA, | |
| Defendant. | |

On February 8, 2010, this action came on for trial before the jury, the Honorable Susan Illston presiding. The jury rendered a special verdict on March 8, 2010, and the Court issued findings of fact and conclusions of law on April 20, 2010.

Judgment in favor of Vectren Communications Services is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 20, 2010

SUSAN ILLSTON
United States District Judge