```
 1  Robert H. Bunzel, State Bar No. 99395
    C. Griffith Towle, State Bar No. 146401
 2  Gisu Sadaghiani, State Bar No. 240630
    BARTKO, ZANKEL, TARRANT & MILLER
 3  A Professional Corporation
    900 Front Street, Suite 300
 4  San Francisco, California 94111
    Telephone: (415) 956-1900
 5  Facsimile: (415) 956-1152

 6  Attorneys for Plaintiff
    VECTREN COMMUNICATIONS SERVICES, INC.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VECTREN COMMUNICATIONS SERVICES, INC., an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ALAMEDA, acting by and through Alameda Power & Telecom,<br><br>Defendant. | No. C 08-3137 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR POST-TRIAL MOTION**<br><br>Complaint Filed:  June 30, 2008<br>Trial Date:  February 8, 2010 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, the hearing date on the parties' post-trial motions was originally scheduled for July 9, 2010 at 9:00 a.m and, pursuant to the Court's Order dated July 6, 2010, was changed to July 16, 2010 at 9:00 a.m.; and

WHEREAS, due to a scheduling conflict with the July 16, 2010 hearing date, the parties hereby request that the hearing date be changed.

-1-

NOW THEREFORE:

     IT IS THEREBY STIPULATED by and between the parties, subject to the approval of the Court, that the hearing on the parties' post-trial motions be changed to July 23, 2010 at 9:00 am.

SO STIPULATED.

Dated: July 7, 2010

BARTKO ZANKEL TARRANT & MILLER, a Professional Corporation

By: _____
C. Griffith Towle
Attorneys for Plaintiffs

Dated: July 7, 2010

WULFSBERG REESE COLVIG & FIRSTMAN

By: _____
Gregory R. Aker
Attorneys for Defendants

IT IS SO ORDERED:

Dated: July __, 2010

_____
Hon. Susan Illston
United States District Judge

-2-