IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VECTREN COMMUNICATIONS SERVICES, | No. C 08-03137 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY OF ALAMEDA, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>n/a</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>to be set</u>.

DESIGNATION OF EXPERTS: <u>to be set</u> ; REBUTTAL: <u>to be set</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>to be set</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>November 1, 2013</u>;

    Opp. Due <u>November 15, 2013</u>;  Reply Due <u>November 22, 2013</u>;

     and set for hearing no later than <u>December 6, 2013</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>March 4, 2014</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>March 17, 2014</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Counsel shall meet and confer on the issues that they can agree have been resolved prior to filing any motions.

This case shall be referred to Magistrate-Judge Spero for settlement purposes.  The settlement conference shall occur in early January 2014, unless they decide to do private mediation instead.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/20/13

_____
SUSAN ILLSTON
United States District Judge