LAW OFFICES

# WULFSBERG REESE & COLVIG

PROFESSIONAL CORPORATION

KAISER CENTER
300 LAKESIDE DRIVE, 24TH FLOOR
OAKLAND, CALIFORNIA 94612-3524

RICHARD E. ELDER
relder@wulfslaw.com

TELEPHONE (510) 835-9100
FACSIMILE (510) 451-2170
www.wulfslaw.com

FILE NUMBER 1883-010

November 18, 2013



IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ELECTRONICALLY FILED**

The Honorable Susan Illston
United States District Court
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA 94102

**Re: Vectren v. City of Alameda (08-3137): Reply Deadline**

Dear Judge Illston,

      Replies in support of Alameda's Motion for Partial Summary Judgment and in support of Vectren's Motion for Summary Judgment and Motion in Limine are currently due this Friday, November 22, with a hearing date of December 10. My partner and co-counsel Greg Aker is out of the country until the end of the week and would appreciate the opportunity to review Alameda's reply before it is filed. We therefore respectfully request that the Court extend both parties' reply deadline one business day, until Monday, November 25. I have conferred with counsel for Vectren, who joins in this request.

      As always, we appreciate the Court's attention and welcome any questions the Court may have.

Respectfully Submitted,

WULFSBERG REESE & COLVIG
PROFESSIONAL CORPORATION

RICHARD E. ELDER