**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VECTREN COMMUNICATIONS SERVICES,   No. C 08-3137 SI

    Plaintiff,   **ORDER VACATING PRETRIAL DATES**

  v.

CITY OF ALAMEDA,

    Defendant.
                                              /

On February 11, 2014, the City of Alameda filed a letter requesting that the Court vacate the pretrial dates in light of the February 7, 2014 summary judgment order. The City states that Vectren agrees in this request. Accordingly, the Court VACATES the upcoming pretrial dates. The parties shall notify the Court by joint letter no later than February 21, 2014, regarding their respective positions on what further pretrial proceedings are necessary in this case.

**IT IS SO ORDERED.**

Dated: February 11, 2014

SUSAN ILLSTON
United States District Judge